# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN R.J. KERN, JR., | ) |
| Plaintiff(s), | ) Case No. 2:13-cv-02227-RFB-NJK |
| vs. | ) **ORDER** |
| STROUD, *et al.*, | ) (Docket No. 18) |
| Defendant(s). | ) |

Pending before the Court is Defendants' motion to extend the deadline to file their report concerning the results of the 90-day stay, Docket No. 18, which is hereby GRANTED. The new deadline to file that report is EXTENDED to February 19, 2015.

IT IS SO ORDERED.

DATED: February 9, 2015

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE