UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN R.J. KERN, JR., ) | |
|               Plaintiff(s), ) | Case No. 2:13-cv-02227-RFB-NJK |
| vs. ) | ORDER |
| STROUD, et al., ) | (Docket Nos. 25, 28) |
|               Defendant(s). ) | |

      Pending before the Court is Plaintiff's motion for discovery.  Docket No. 25.  Defendants filed a response in opposition.  Docket No. 29.  No reply was filed.  Also pending before the Court is Plaintiff's second motion for discovery.  Docket No. 28.  Defendants filed a response in opposition.  Docket No. 30.  No reply was filed.  The Court finds the motions properly resolved without oral argument.  *See* Local Rule 78-2.  The motions are hereby DENIED.

      To the extent Plaintiff's motions were seeking the Court to allow the parties to conduct discovery, the motions are hereby DENIED as moot.  On April 21, 2015, Defendants filed an answer and, on April 22, 2015, the Court entered a scheduling order.  Accordingly, the parties are now free to conduct discovery.

      To the extent Plaintiff's motions were seeking discovery of certain information or documents from Defendants, the motions are hereby DENIED.  Plaintiff must seek discovery from Defendants by serving them with discovery pursuant to the Federal Rules of Civil Procedure.  Plaintiff may not seek discovery from Defendants by filing such requests on the docket.  *Cf.* Local Rule 26-8 (parties are generally prohibited from filing discovery materials on the docket).

1     Accordingly, for the reasons discussed above, the pending motions are hereby DENIED.

2     IT IS SO ORDERED.

3     DATED: April 22, 2015

                                                            _____
                                                            NANCY J. KOPPE
                                                            United States Magistrate Judge