**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STEPHEN R.J. KERN, JR., ) <br> Plaintiff(s), ) <br> vs. ) <br> STROUD, et al., ) <br> Defendant(s). ) | Case No. 2:13-cv-02227-RFB-NJK <br><br> ORDER <br><br> (Docket No. 36) |

Pending before the Court is Plaintiff's motion for a copy of his motion for summary judgment. Docket No. 36. The Court hereby **ORDERS** Defendants to file a response no later than August 10, 2015.

IT IS SO ORDERED.

DATED: August 6, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge