# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN R.J. KERN, JR., | Case No. 2:13-cv-02227-RFB-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| STROUD, et al., | (Docket No. 36) |
| Defendant(s). | |

Pending before the Court is Plaintiff's motion for a copy of his motion for summary judgment. Docket No. 36. Defendants filed a response and supplemental response. Docket Nos. 39, 42. No reply has been filed. The gist of Plaintiff's motion is that it has been difficult to obtain copies through the law library and he asks that the Court provide him copies of his filings until he receives financial support to purchase carbon paper. Docket No. 36 at 1. As Defendants respond, however, there is already a process in place through which indigent prisoners can obtain copies and Plaintiff has not followed those procedures. *E.g.*, Docket No. 39 at 2-4. The Court agrees that Plaintiff cannot circumvent the applicable procedures by asking the Court to provide him copies of his filings. Accordingly, the motion for a copy is hereby **DENIED**.

IT IS SO ORDERED.

DATED: September 8, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge