**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STEPHEN R.J. KERN, JR., ) <br>      Plaintiff(s), ) <br> vs. ) <br> STROUD, et al., ) <br>      Defendant(s). ) | Case No. 2:13-cv-02227-RFB-NJK <br><br> ORDER <br><br> (Docket Nos. 70, 71) |

  Pending before the Court is Plaintiff's motion to extend his copy work limit. Docket No. 70. Defendants filed a response. Docket No. 72. No reply has been filed. Also, pending before the Court is Plaintiff's request for a status check regarding the above motion. Docket No. 71.

  An inmate has no constitutional right to free photocopying. *Johnson v. Moore*, 948 F.2d 517, 521 (9th Cir. 1991). Pursuant to NDOC regulations, inmates can only accrue a maximum of $100 debt for copy work expenses for all cases. *See, e.g.*, *Weddle v. Baker*, 2014 U.S. Dist. Lexis 151674, *3 (D. Nev. Oct. 27, 2014). "In this district, courts have found that they can order a prison to extend limited photocopying when it is necessary for an inmate to provide copies to the Court and other parties." *Id.* (citing *Allen v. Clark Cnty. Det. Ctr.*, 2011 U.S. Dist. Lexis 31756 (D. Nev. Mar. 11, 2011)).

  In this instance, Plaintiff seeks an extension of his copy work limit to enable him to copy 50 pages of materials. *See* Docket No. 70 at 1. Nonetheless, Plaintiff has only substantiated a need to copy 12 pages of materials. *See id.* at 3. Moreover, Plaintiff is seeking to copy his response to the motion

for summary judgment for his own records, but has failed to explain why other methods of copying are not available (*e.g.*, carbon paper, handwritten copies).

       The Court will **GRANT** in part the motion to extend Plaintiff's copy work limit to enable him to copy the 12 pages evidenced by his attachment. The Court **CAUTIONS** Plaintiff that moving forward he should take advantage of all other available means of copying, including carbon paper and handwriting copies. The motion to extend Plaintiff's copy work limit is otherwise **DENIED**.

       Plaintiff's motion for a status check (Docket No. 71) is **DENIED** as moot.

       IT IS SO ORDERED.

       DATED: January 5, 2016

                                                          _____
                                               NANCY J. KOPPE
                                               United States Magistrate Judge