UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN R.J. KERN, JR., ) | |
|            Plaintiff(s), ) | Case No. 2:13-cv-02227-RFB-NJK |
| vs. ) | ORDER |
| STROUD, et al., ) | (Docket No. 83) |
|            Defendant(s). ) | |

Pending before the Court is Plaintiff's motion to extend his copy work limit. Docket No. 83. Defendants filed a response in opposition. Docket No. 84. No reply has been filed.

An inmate has no constitutional right to free photocopying. *Johnson v. Moore*, 948 F.2d 517, 521 (9th Cir. 1991). Pursuant to NDOC regulations, inmates can only accrue a maximum of $100 debt for copy work expenses for all cases. *See, e.g.*, *Weddle v. Baker*, 2014 U.S. Dist. Lexis 151674, *3 (D. Nev. Oct. 27, 2014). "In this district, courts have found that they can order a prison to extend limited photocopying when it is necessary for an inmate to provide copies to the Court and other parties." *Id.* (citing *Allen v. Clark Cnty. Det. Ctr.*, 2011 U.S. Dist. Lexis 31756 (D. Nev. Mar. 11, 2011)).

In this instance, Plaintiff seeks an extension of his copy work limit to enable him to copy documents in other cases. *See* Docket No. 83 at 1. Plaintiff expressly notes that "no more copy work is necessary for [this] case (213-cv-02227)." *Id.* at 2. Seeking such relief in this case is not proper. If Plaintiff believes he needs to extend his copy work limit for purposes of other cases, then he must seek that relief in those cases.

1     Accordingly, the motion to extend Plaintiff's copy work limit is hereby **DENIED**.

2     IT IS SO ORDERED.

3     DATED: June 14, 2016

                                            _____
                                            NANCY J. KOPPE
                                            United States Magistrate Judge